ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

DEC - 9 2015

CLERK, U.S. DISTRICT COURT
By _____
         Deputy   12:30

UNITED STATES OF AMERICA

v.

EDUARDO MIRANDA-FLORES

CRIMINAL NO.

3 - 1 5 C R - 5 5 5 - N

### INDICTMENT

The Grand Jury Charges:

### Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(1)]

On or about November 5, 2015, in the Dallas Division of the Northern District of

Texas, the defendant, **Eduardo Miranda-Flores,** an alien, was found in the United States

after having been deported and removed therefrom on or about March 28, 2014, without

having received the express consent of the United States Attorney General or the

Secretary of the Department of Homeland Security to reapply for admission since the

time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

**Indictment – Page 1**

A TRUE BILL

*Sean Wilcox*

FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY

DAN GIVIDEN
Special Assistant United States Attorney
Texas Bar No. 24075434
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8732
Facsimile: 214-659-8812
Email: Danial.Gividen@usdoj.gov

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

EDUARDO MIRANDA-FLORES

INDICTMENT

8 U.S.C. § 1326(a) and (b)(1)
Illegal Reentry After Removal from the United States

1 Count

A true bill rendered

Fort Worth                                                                    FOREPERSON

Filed in open court this _____ 9th _____ day of December, 2015

                                                                                    Clerk

**WARRANT TO ISSUE:  Eduardo Miranda-Flores**

UNITED STATES MAGISTRATE JUDGE
No Magistrate Case Pending